# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144603(69)

ANDREW LUCIO,
      Plaintiff,

v

                                             SC: 144603
                                             COA: 299786

GREAT LAKES CASUALTY INSURANCE
COMPANY,
      Defendant/Cross-Plaintiff-Appellee,
and

AUTO CLUB INSURANCE ASSOCIATION,
a/k/a AAA,
      Defendant/Cross-Defendant-
      Appellant.

Wayne CC: 09-003014-NI

_____/

On order of the Court, the motion for reconsideration of this Court's September 19, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013                                _____
                                             Clerk

d0122